IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN GARCIA SANDOVAL,

    Petitioner,                   No. CIV S-07-0004 FCD KJM P

    vs.

JAMES TILTON, et al.,

    Respondents.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief on grounds one and two if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

        Petitioner has requested this court to stay the action to permit him to exhaust state remedies on four claims.  A court may issue a stay if a habeas petitioner shows good cause for his failure to exhaust state remedies and the issues he seeks to exhaust are potentially meritorious, and he demonstrates that he has not intentionally delayed the pursuit of these issues unnecessarily.  Rhines v. Weber, 544 U.S. 269, 278 (2005).  Petitioner has simply listed four issues, but has not described their potential merit or otherwise addressed the Rhines factors.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's application within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

5. Petitioner's request for a stay of proceedings is denied without prejudice.

DATED: April 9, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
sand0004.100feekjm

2