IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN GARCIA SANDOVAL,

    Petitioner,                   No. CIV S-07-0004 FCD KJM P

    vs.

JAMES TILTON, et al.,

    Respondent.                <u>ORDER</u>

_____/

    Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On April 10, 2007, the court directed respondents to file a response to the petition and denied petitioner's request for a stay of the proceedings.

    On April 17, 2007, petitioner filed a renewed request for a stay; on June 8, 2007, respondent filed a request for an extension of time in which to file his response.

    Good cause appearing, IT IS HEREBY ORDERED:

    1. Respondents' motion for an extension of time is granted and the response is due within thirty days of the date of this order; and

    2. Respondents are directed to file a response to petitioner's request for a stay, again within thirty days of the date of this order.

DATED: June 15, 2007.

                                                 U.S. MAGISTRATE JUDGE