IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN GARCIA SANDOVAL,

    Petitioner,                 No. CIV S-07-0004 FCD KJM P

    vs.

JAMES TILTON,                   <u>ORDER AND</u>

    Respondent.              <u>ORDER TO SHOW CAUSE</u>

                             /

        On June 15, 2007, the court granted respondent's request for an extension of time in which to file an answer to the petition for a writ of habeas corpus; in the same order, the court directed respondent to address petitioner's request for a stay of the proceedings. Respondent has not responded to this order or sought additional time in which to respond.

        IT IS HEREBY ORDERED:

        1. Respondent is directed to file the answer and accompanying transcripts and a response to petitioner's request for a stay within thirty days of the date of this order;

        2. Should respondent conclude that petitioner's request for a stay of the proceedings is appropriate, he should so notify the court, within the thirty days of the date of this order, and request that the portion of this order directing him to file an answer be vacated pending the court's ultimate determination of the motion for a stay; and

1       3. Within thirty days of the date of this order, respondent is directed to show
2  cause why sanctions should not be imposed for failure to respond to the court's prior order.
3  DATED:  August 16, 2007.

_____
U.S. MAGISTRATE JUDGE

7  2
8  sand0004.ord