IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN GARCIA SANDOVAL,

      Petitioner,                    No. CIV S-07-0004 FCD KJM P

      vs.

JAMES TILTON, et al.,

      Respondents.              <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On April 10, 2007, the court denied petitioner's request for a stay of the proceedings to allow him to exhaust claims in the state courts and ordered respondent to file a response to the petition. On April 17, 2007 petitioner filed a renewed motion for a stay and on July 10, 2007, filed a supplement to the request.

        On August 17, 2007, the court issued an order to show cause, directing respondent to file an answer and a response to the request for a stay. On August 21, 2007, respondent filed a response to the request for a stay, saying he has no objection to a stay being entered to allow petitioner to exhaust the claims identified in the April 17 and July 10, 2007 motions.

/////

IT IS HEREBY ORDERED that:

1. The order to show cause issued August 17, 2007 is discharged;

2. Petitioner's April 17 and July 10, 2007 motions for a stay of the proceedings are granted and the action is hereby stayed;

3. Within ninety days of the date of this order, petitioner shall file a status report on the progress of the state exhaustion petition;

4. If the state exhaustion proceeding is not completed within one hundred eighty days of the date of this order, petitioner shall file a second status report, and further reports at ninety day intervals until the exhaustion process is completed;

5. Within thirty days of the California Supreme Court's resolution of the state action, petitioner shall file a motion to lift the stay together with either a motion to dismiss the action or a motion to file an amended petition, along with a copy of the proposed amended petition; and

6. Petitioner is advised his failure to comply with the time limits of this order may result in an order lifting the stay.

DATED: October 9, 2007.

_____
U.S. MAGISTRATE JUDGE

2
sand0004.sty