IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN GARCIA SANDOVAL,

    Petitioner,                    No. CIV S-07-0004 FCD KJM P

    vs.

JAMES TILTON, et al.,

    Respondents.                ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus.  On October 9, 2007, this court granted petitioner's request for a stay to allow him to exhaust state remedies on issues he wished to present to this court.  Petitioner has now informed the court that the exhaustion process has been completed.

        IT IS THEREFORE ORDERED that petitioner file his first amended petition for a writ of habeas corpus within thirty days of the date of this order.

DATED:  November 24, 2008.

_____
U.S. MAGISTRATE JUDGE

2/sand0004.lftsty

1