UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN GARCIA SANDOVAL, | ) |
| | ) |
| Petitioner, | ) CASE NO. 2:07-cv-00004-RSM-JLW |
| | ) |
| v. | ) |
| | ) ORDER TO SHOW CAUSE WHY |
| MIKE MARTEL, Warden, | ) CASE SHOULD NOT BE STAYED |
| | ) |
| Respondent. | ) |
| | ) |

This is a federal habeas action brought pursuant to 28 U.S.C. § 2254. Nearly two years ago, this case was stayed to allow petitioner time to exhaust additional claims that were still pending in the California state courts. (*See* Docket 15.) Once petitioner exhausted these claims, the stay was lifted and petitioner was permitted to file an amended petition, incorporating his newly exhausted claims. (*See* Dkts. 20 & 22.) The amended petition was timely filed on December 29, 2008, less than a month before this case was transferred to the Honorable Robert S. Lasnik. This case was subsequently reassigned to the Honorable Ricardo S. Martinez, and on October 1, 2009, this case was referred to the undersigned. (*See* Dkts. 23 & 30.)

To date the amended petition has not been served and petitioner has now filed four consecutive motions or requests for a second stay and abeyance to pursue additional claims

ORDER TO SHOW CAUSE - 1

for relief. (*See* Dkts. 26-28 & 31.) In support of his request, petitioner provided the court with a copy of the first page of his state habeas corpus petition filed on June 28, 2009, in the California Supreme Court. (*See* Dkt. 28.)

Accordingly, the Court hereby ORDERS as follows:

(1) Respondent is directed to show cause within thirty (30) days of the date of this Order why this case should not be stayed pending exhaustion of petitioner's remaining claims in the California Supreme Court;

(2) If respondent fails to file a response to this Order within thirty (30) days, the court will construe the lack of response to mean that respondent has no objection to the stay;

(3) Petitioner's three prior motions or requests for a stay and abeyance of these proceedings (Dkts. 26-28) are STRICKEN as moot;

(4) Petitioner's "Motion to Request the Invocation of the Stay and Abeyance Procedure" (Dkt. 31) is RENOTED for DECEMBER 4, 2009; and

(5) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Ricardo S. Martinez.

DATED this 22th day of October, 2009.

JOHN L. WEINBERG
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2