01

02

03

04

05         UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF CALIFORNIA

06

07  HERMAN GARCIA SANDOVAL,            )
                                       )
       Petitioner,                     )   CASE NO. 2:07-cv-00004-RSM-JLW
08                                     )
       v.                              )
09                                     )   ORDER STRIKING PETITIONER'S
    MIKE MARTEL, Warden,               )   REQUEST FOR STAY AND
10                                     )   GRANTING TIME TO FILE A
       Respondent.                     )   SECOND AMENDED PETITION
11  _____)

12      This is a federal habeas action brought pursuant to 28 U.S.C. § 2254.  On October 22,

13  2009, this Court briefly recounted the procedural history of this case, issued an order striking

14  three of petitioner's four pending motions for a stay and abeyance of these proceedings, and

15  directed respondent to file a response to petitioner's fourth request for a stay.  (*See* Docket

16  32.)  Petitioner's "Fourth Request for Stay and Abeyance in the Above Numbered Matter and

17  Demand for Response to Request" (Dkt. 31) was renoted for consideration on the Court's

18  calendar for December 4, 2009.  (*See* Dkt. 32.)

19      On December 8, petitioner filed objections to respondent's reply, informing the Court

20  that he has exhausted all of his state court remedies as to all of his federal claims for relief.

21  (*See* Dkt. 34.)  He also renewed his request for a stay on the basis that he needs additional

22  time to file a second amended petition to incorporate his recently exhausted claims.  (*See id.*)

ORDER                           - 1

01      The Court finds it unnecessary to stay this case.  Additional time to file a second

02  amended petition will be provided, however.

03      It is hereby ORDERED that:

04      (1) Petitioner's "Fourth Request for Stay and Abeyance in the Above Numbered
            Matter and Demand for Response to Request" (Dkt. 31) is STRICKEN as moot;

05

06      (2) Within ninety (90) days of the date of this Order, petitioner is directed to file a
            second amended petition, incorporating all exhausted federal habeas claims for
            relief;

07

08      (3) This is without prejudice to any defenses respondent might wish to present; and

09      (4) The Clerk is directed to send copies of this Order to petitioner, to counsel for
            respondent, and to the Honorable Ricardo S. Martinez.

10      DATED this 14th day of December, 2009.

                                    _____
                                    JOHN L. WEINBERG
                                    United States Magistrate Judge

ORDER        - 2