UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN GARCIA SANDOVAL,             )
                                     )
    Petitioner,                      )   CASE NO. 2:07-cv-00004-RSM-JLW
                                     )
    v.                               )
                                     )
MIKE MARTEL, Warden,                 )   SECOND ORDER TO SHOW CAUSE
                                     )
    Respondent.                      )
_____ )

Petitioner is a state prisoner proceeding *pro se* with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Order filed March 1, 2010, respondent was directed to file an answer to the second amended petition within forty-five days from the date petitioner filed his amended petition. (*See* Docket 37 at 2.) Petitioner timely filed his second amended petition on March 29, 2010. (*See* Dkt. 38.) Respondent has not filed a response within the forty-five day period provided by this Court's Order.

SECOND ORDER TO SHOW CAUSE    - 1

Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days from the date of this Order respondent shall:

    (1) Explain in writing why respondent has failed to file a response within the time permitted;

    (2) Show cause in writing why sanctions should not be imposed for failure to comply with this Court's March 1, 2010, Order; and

    (3) Lodge a proposed Answer to the Second Amended Petition.

DATED this 4th day of June, 2010.

                                                 JOHN L. WEINBERG
                                                 United States Magistrate Judge