UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

HERMAN GARCIA SANDOVAL, )
)
    Petitioner, ) CASE NO. 2:07-cv-00004-RSM-JLW
)
    v. )
) ORDER DENYING PETITIONER'S
MIKE MARTEL, Warden, ) REQUEST FOR APPOINTMENT OF
) COUNSEL
    Respondent. )
_____ )

The present matter comes before the Court on Petitioner's request for appointment of counsel.  (*See* Docket 46.)  After careful consideration of Petitioner's request, the governing authorities and the balance of the record, the Court ORDERS as follows:

(1)   Petitioner's motion for appointment of counsel (Dkt. 46) is DENIED.  There is no right to have counsel appointed in habeas cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required.  *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); *see also* Rule Governing § 2254 Cases in U.S. District Courts 8(c).  An evidentiary hearing is required only if (1) the

ORDER - 1

01 petitioner's allegations, if proved, would establish the right to relief; and (2) the state court
02 trier of fact has not, after a full and fair hearing, reliably found the relevant facts. *Van Pilon v.*
03 *Reed*, 799 F.2d 1332, 1338 (9th Cir. 1986). The Court may also exercise its discretion to
04 appoint counsel for a financially eligible individual where the "interests of justice so require."
05 18 U.S.C. § 3006A.

06     Here, Petitioner has failed to meet his burden of showing that appointment of counsel
07 is appropriate. This case has been fully briefed, no evidentiary hearing is required, and
08 petitioner would not benefit from appointment of counsel at this time. Because appointment
09 of counsel is not appropriate, petitioner's request is DENIED.

10     (2)    The Clerk shall direct copies of this Order to petitioner, to counsel for
11 respondent, and to the Ricardo S. Martinez.

12     DATED this 4th day of August, 2010.

13

14

15                                               JOHN L. WEINBERG
                                              United States Magistrate Judge

16

17

18

19

20

21

22

ORDER                                   - 2